UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LESLIE CULLER,  )
  )
    Plaintiff,  )    2:10-cv-2158-JCM-RJJ
  )
vs.  )
  )
N-M VENTURES, LLC., etc., *et al*.,  )    O R D E R
  )
    Defendant,  )
  )

    This matter is before the court on Plaintiff's Ex Parte Motion For Protective Order (#22).

    The Court having reviewed the Ex Parte Motion (#22) and good cause appearing therefore,

    IT IS HEREBY ORDERED that on or before February 4, 2011, Plaintiff shall serve a copy of the Ex Parte Motion For Protective Order (#22) on the Defendants.

    IT IS FURTHER ORDERED that a response to the Ex Parte Motion (#22) shall be filed on or before February 18, 2011.

    DATED this __25th__ day of January, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge