FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorneys for Defendants N-M Ventures I, LLC,
N-M Ventures II, LLC and Bronson Olimpieri

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE CULLER | ) |
| | ) Case No. 2:10-cv-02158-JCM-RJJ |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **STIPULATION AND ORDER** |
| N-M VENTURES, LLC, a domestic | ) **FOR DISMISSAL** |
| limited liability corporation; N-M | ) |
| VENTURES II LLC, a domestic limited | ) |
| liability corporation; NINE GROUP LLC, a | ) |
| foreign limited liability corporation; NINE | ) |
| GROUP II, LLC, foreign limited-liability | ) |
| corporation; NINE GROUP | ) |
| MANAGEMENT, INC., a domestic | ) |
| corporation; NINE GROUP | ) |
| MANAGEMENT II, INC. a domestic | ) |
| corporation; SCOTT DEGRAFF, | ) |
| individually; MICHAEL MORTON, | ) |
| individually; and BRONSON OLIMPIERI, | ) |
| individually, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record that this matter be dismissed as to all Defendants with

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

1  prejudice, with each party to bear their own costs and attorney's fees.

2  PARKER SCHEER LAGOMARSINO

FISHER & PHILLIPS

4  /s/ Andre Lagomarsino
610 South Seventh Street
Las Vegas, NV 89101
Attorneys for Plaintiff

/s/ Scott M. Mahoney, Esq.
3800 Howard Hughes Pkwy, Suite 950
Las Vegas, NV 89169
Attorneys for Defendants
N-M Ventures LLC, NM Ventures II LLC and Bronson Olimpieri

8  GREENBERG TRAURIG, LLP

ARMSTRONG TEASDALE, LLP

10  /s/ Mark E. Ferrario, Esq.
3773 Howard Hughes Pkwy. #400 N.
Las Vegas, NV 89169
Attorneys for Michael Morton,
Nine Group Management, Inc. and Nine Group Management II, Inc.

/s/ Bruce Leslie, Esq.
3770 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Attorneys for Scott deGraff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 21, 2011